COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION TO RECONSIDER AND REINSTATE

Appellate case name:    The Estate of Adam Boyd Knetsar, Tracy Nicole Knetsar, Amber
Lynn Knetsar, Leslie P. Knetsar, and Ronald B. Knetsar v. AAA
Asphalt Paving, Inc.

Appellate case number:    01-11-00089-CV

Trial court case number:   2007-45917

Trial court:                     281st District Court of Harris County

Date motion filed:          July 13, 2012

Party filing motion:        Appellant


It is ordered that the motion to reconsider is **granted**. Appellee's brief is due 30 days from the date of this Order.


Judge's signature: /s/ Justice Jim Sharp, Jr.
                            Acting for the Court

Panel consists of: Justices Higley, Sharp, and Huddle

Date: September 21, 2012